IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

REGINALD L. DUNAHUE                                           PLAINTIFF
ADC #106911

v.                          No. 4:24-cv-739-DPM-BBM

WILLIAM STRAUGHN, Deputy Director,            DEFENDANTS
ADC and MOSES JACKSON, III, Warden

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Moore's recommendation, *Doc. 51*, and overrules Dunahue's objections, *Doc. 53*. Fed. R. Civ. P. 72(b)(3).   The Court has also considered his other filing, *Doc. 52*.    Dunahue's motion for a preliminary injunction and declaratory relief, *Doc. 44*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
20 March 2026